EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 5 |
| Comité Asesor Permanente de Reglas de Procedimiento Civil Informe de Reglas de Procedimiento Civil de 2007 | 173 DPR ____ |

Número del Caso: EC-2008-02

Fecha: 18 de enero de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL  SUPREMO DE PUERTO RICO

In re:

Comité Asesor Permanente de
Reglas de Procedimiento Civil
Informe de Reglas de Procedimiento        EC-2008-02
Civil de 2007

RESOLUCIÓN

San Juan, Puerto Rico, 18 de enero de 2008.

El 8 de septiembre de 2005, mediante la Resolución número EC-2005-0001, este Tribunal reactivó el Comité Asesor Permanente de Reglas de Procedimiento Civil, adscrito al Secretariado de la Conferencia Judicial y Notarial, con la encomienda de evaluar las Reglas de Procedimiento Civil a la luz de la Ley de la Judicatura de Puerto Rico de 2003, Ley 201 de 22 de agosto de 2003, según enmendada. Además, se le encomendó al Comité enmarcar los trabajos en el desarrollo de un Proyecto moderno de Reglas de Procedimiento Civil que esté dirigido principalmente a agilizar los procedimientos judiciales.

El 26 de diciembre de 2007, el Comité Asesor Permanente de Reglas de Procedimiento Civil hizo entrega formal de su Informe Final. Este Tribunal tiene por cumplida la tarea que le fuera delegada al Comité y acepta el Informe de Reglas de Procedimiento Civil.

El Tribunal remite el Informe al Secretariado de la Conferencia Judicial y Notarial para su divulgación y análisis. Encomienda además, a la

Directora del Secretariado, Lcda. Lilia M. Oquendo Solís, a tomar las medidas necesarias para conceder a la comunidad jurídica y a la ciudadanía la oportunidad de examinar el Informe y someter sus recomendaciones para la consideración del Tribunal una vez concluido el proceso de evaluación.

Finalmente, el Tribunal agradece al Comité Asesor Permanente de Reglas de Procedimiento Civil, integrado por las personas que destacamos a continuación, la dedicación y empeño con que asumieron la encomienda para presentar un trabajo excelente.

Lcdo. José A. Andréu García, Presidente
Lcda. Lady Alfonso de Cumpiano
Lcdo. Francisco G. Bruno Rovira
Lcda. Waleska Delgado Marrero
Hon. Héctor Conty Pérez
Lcdo. José A. Cuevas Segarra
Lcdo. Rafael Hernández Colón
Hon. Luis E. Maldonado Guzmán
Lcdo. José E. Otero Matos
Lcdo. Harold Vicente González
Lcda. Sylvia Vilanova Hernández
Lcdo. Manuel Martínez Umpierre

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo